

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00436-CV

IN RE STEPHANIE DUNLAP HADSALL § On Appeal from the 158th District Court

§ of Denton County (17-2904-158)

§ February 6, 2023

§ Memorandum Opinion by Justice Walker

## JUDGMENT

The court grants Relator's petition for writ of habeas corpus. The trial court's contempt and commitment orders are void. The trial court is instructed to vacate both its contempt and commitment orders.

Because this court has previously ordered Relator's release from the Denton County Jail pending final determination of her petition for writ of habeas corpus, no further action regarding her confinement is required.

It is further ordered that Real Party in Interest shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker